# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                        ) In Proceedings Under
                                              ) Chapter 13
**MARTIN A. STICKLEY**                        )
SS# 8444                                      ) Case No. 10-00171 TUC JMM
                                              )
and                                           ) CERTIFICATE OF COMPLIANCE
                                              ) WITH 11 U.S.C. §521 (a)(1)(B) &
**LINDA A. STICKLEY**                         ) 11 U.S.C. §521(e)(2)(A)(i)
SS# 1908                                      )
_____Debtors._____)

We, **MARTIN & LINDA A. STICKLEY**, hereby declare under penalty of perjury that:

1. _MAS_ _LAS_ We have filed with this declaration copies of all payment advices or other evidence of payment that we have received from our employer(s) within 60 days before the date of filing of the Petition. Copies attached hereto.

   OR

   _MAS_ _LAS_ We have not received any payments from employers within 60 days before the date of filing of the Petition.

2. _MAS_ _LAS_ We have filed with this declaration a statement of the amount of monthly net income, itemized to show how the amount is calculated.

3. ____/____ We anticipate an increase in income or expenditures over the next 12 months as follows:

   Income increase:
   Expenditure increase:

   OR

   _MAS_ _LAS_ We do not anticipate any increase in income or expenditures over the 12 month period following the date of the filing of the Petition.

4. _MAS_ _LAS_ We have filed with this Declaration copies of the previous year's State and Federal Income Tax Returns. Copies attached hereto.

   OR

   ____/____ We were not required to file tax returns for the previous year.

Dated: 10.28.09  12/22/09

_____          _____
**MARTIN A. STICKLEY**                      **LINDA A. STICKLEY**

PDF Creator - PDF4Free v2.0                                    http://www.pdf4free.com