Wayne Mortensen (#18519)
FARNSWORTH LAW OFFICES
1837 S. Mesa Dr., Ste. A103
Mesa, Arizona 85210
(480) 820-3600
Fax (480) 820-4800
fmclient@gmail.com

Attorney for Debtors

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re ) | In Proceedings Under |
| ) | Chapter Thirteen |
| MARTIN STICKLEY ) | |
| SS# ***-**-8444 ) | Case No. B10-00171 TUC JMM |
| ) | |
| and ) | NOTICE OF SUBMITTING |
| ) | 2007 STATE & FEDERAL |
| LINDA STICKLEY ) | INCOME TAX RETURNS TO |
| SS# ***-**-1908 ) | THE CHAPTER 13 TRUSTEE |
| ) | |
| Debtors. ) | |

COMES NOW the Debtors, MARTIN STICKLEY and LINDA STICKLEY, by and through counsel undersigned, who hereby notifies this Court that they have submitted copies of their 2007 state & federal income tax returns to the Chapter 13 Trustee.

DATED this 7<u>th</u> day of <u>January</u>, 2010.

    /s/ Wayne Mortensen (#18519)
Attorney for Debtors