Wayne Mortensen (#18519)
FARNSWORTH MORTENSEN LAW OFFICES
1837 S. Mesa Dr., Ste. A103
Mesa, AZ 85210
(480) 820-3600
Fax (480) 820-4800
fmcourt@gmail.com
Attorney for Petitioners

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re<br>MARTIN A STICKLEY<br>SS# ***-**-8444<br>and<br>LINDA A STICKLEY<br>SS# ***-**-1908<br>　　　　　Debtors | In Proceedings Under<br>Chapter Thirteen<br><br>Case No. 4-10-bk-00171 JMM<br><br>NOTICE AND REQUEST<br>TO TRUSTEE TO BEGIN<br>ADEQUATE PROTECTION<br>PAYMENTS |

COME NOW the Debtors, MARTIN A STICKLEY and LINDA A STICKLEY, by and through counsel, hereby request that the trustee begin the monthly adequate protection payments to the following creditors:

$135.00 per month to COMPASS BANK on the 2008 Jeep Grand Cherokee;

Respectfully submitted this 12th day of January, 2010.

　　　　　　　　　　　　　　　　FARNSWORTH MORTENSEN LAW OFFICES

　　　　　　　　　　　　　　　　 /s/ Wayne Mortensen (#18519)
　　　　　　　　　　　　　　　　Wayne Mortensen
　　　　　　　　　　　　　　　　Attorney for Debtors

Copy of the foregoing sent electronically this 12th day of January, 2010 to:

Dianne Kerns, Trustee
mail@dcktrustee.com

 /s/  Diana Klabis

PDF Creator - PDF4Free v2.0　　　　　　　　　　　　　　　　http://www.pdf4free.com