# FILED

2010 JAN 15 P 12:48

CLERK U.S. BANKRUPTCY DISTRICT OF ARIZONA

UNITED STATES BANKRUPTCY COURT
DISTRICT OF ARIZONA

In re )
)
MARTIN A. STICKLEY & )  BANKRUPTCY CASE NO. 10-00771 TUCJMM
LINDA A. STICKLEY )
)
Debtors )
_____)

## DECLARATION RE: ELECTRONIC FILING

**PART I - DECLARATION OF PETITIONER:**

We, MARTIN A. STICKLEY & LINDA A. STICKLEY, the undersigned debtors, corporate officer or partnership member, <u>hereby declare under penalty of perjury</u> that the information we have given our attorney and the information, including social security numbers, provided in the completed petition, lists, statement and schedules, is true and correct. We have reviewed and signed each of the foregoing completed documents and our attorney has provided us with a signed copy of each to retain for our records. We consent to our attorney electronically filing the completed petition, lists, statements and schedules with the United States Bankruptcy Court. We understand that this **DECLARATION RE: ELECTRONIC FILING** is to be filed with the Clerk after all schedules and statements have been filed electronically but, in no event, no later than 20 days after the date the petition was filed or, in the event an extension has been granted, no later than 5 days after the schedules and statements are filed. We understand that failure to file the signed original of this **DECLARATION** will cause our case to be dismissed without further notice.

☐ [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 13] We are aware that we may proceed under chapter 7, 11, 12 or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 13. We request relief in accordance with the chapter specified in the petition.

DATED: 10-28-09

Signed: _____  Signed: _____
MARTIN A. STICKLEY                LINDA A. STICKLEY

**PART II - DECLARATION OF ATTORNEY:**

I declare as follows: The debtors will have signed this form before I submit the petition, schedules and statements. I will give the debtors q copy of all forms and information to be filed with the United States Bankruptcy Court and have complied with all other requirements in the most recent Interim Operating Order. If an Individual, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of Title 11, United States Code, and have explained the relief available under each such chapter.

DATED: 10-28-09        _____
                        Wayne Barratt Mortensen

Exhibit 1
(FILE ORIGINAL WITH COURT. DO NOT FILE ELECTRONICALLY)

01/15/2010