BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Terri A. Roberts
Troy E. Larkin
Deputy County Attorneys
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: (520) 740-5750
Facsimile: (520) 620-6556
State Bar No. 012862
State Bar No. 024449
Attorneys for Creditor Pima County

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA (TUCSON)

| | |
|---|---|
| IN RE:<br><br>MARTIN A. STICKLEY<br><br>AND<br><br>LINDA A. STICKLEY<br><br>Debtors. | No.: 4-10-bk-00171-JMM<br><br>**OBJECTION TO CONFIRMATION OF DEBTORS' CHAPTER 13 PLAN**<br><br>CHAPTER 13 |

Secured Creditor Pima County, by and through undersigned counsel, objects to confirmation of the Debtors' proposed Chapter 13 Plan ("Debtors' Plan") on the following grounds:

Pima County is a secured creditor in this bankruptcy with a claim for real property taxes for tax year 2009 on parcel 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 (601 N. Lazy J Way) in the amount of $2,126.25 and the tax year 2010 (estimated) in the amount of $4,667.75.

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
32 N. Stone Avenue, #2100
Tucson, AZ 85701
(520)740-5750

Pima County is a secured creditor in this bankruptcy with a claim for real property taxes for tax year 2009 on parcel 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 (2717 E. Waverly St.) in the amount of $1,089.76 and the tax year 2010 (estimated) in the amount of $2,397.52.

Pima County records show the first halves of the 2009 taxes have been for parcel 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 and 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. The second halves of the 2009 taxes are not yet due. If the second halves of the tax debts ($2,126.25) and ($1,089.76) are not paid before May 1, 2010, these tax debts will begin to accrue interest at the statutory rate of 16% annum prorated monthly pursuant to A.R.S. § 42-18053.

Pima County is a secured creditor in this bankruptcy with a claim for real property taxes for the tax years 2007, 2008 and 2009 on parcel 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 (6011 E. Grant Rd.) in the amount of $14,455.63 and the tax year 2010 (estimated) in the amount of $4,563.00.

Pima County records show the 2007, 2008 and first half of the 2009 real property taxes are delinquent for parcel 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. If the second half of the 2009 tax debt is not paid before May 1, 2010, this tax debt will also begin to accrue interest at the statutory rate of 16% annum prorated monthly pursuant to A.R.S. § 42-18053.

The tax claim for 2007 and 2008 attached to parcel 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 on January 1st of 2007 and 2008. The tax claim for 2009 attached to each of the aforementioned parcels January 1, 2009 and the tax was levied on August 17, 2009. The tax claim for 2010 attached to the aforementioned parcels January 1, 2010. If the first half of the 2010 tax debts are not paid before November 1, 2010, these tax debts will

begin to accrue interest at the statutory rate of 16% annum prorated monthly pursuant to A.R.S. § 42-18053.

Debtors' Plan does not provide for each of these outstanding tax liabilities. Debtors Plan provides for only a portion of the outstanding tax debt for one property, parcel 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. Debtors' Plan also does not provide for the payment of the 16% interest per annum prorated monthly pursuant to A.R.S. § 42-18053.

Debtors have valued parcel 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 at $350,000. For the tax year 2009, the Pima County Assessor determined the value to be $367,481 for parcel 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. (See attached Residential Notice of Value). Debtors did not appeal the valuation, and the time for appeal of this valuation has expired. *See* 11 U.S.C. § 505 (a)(2)(C). Therefore, Pima County requests the valuation of the property reflect the Pima County Assessor's valuation.

Debtors' Plan indicates that the property located at 2727 E. Waverly will be surrendered. So long as language in the Plan indicates that the property is also surrendered to Pima County, Pima County will accept this treatment of its claim for the taxes on this property.

///

///

///

Pima County requests that the Court deny confirmation of Debtors' Plan until such time as it is amended as set forth above. Further, Pima County requests that Debtors be required to timely pay any Pima County taxes which may become due during the Plan period.

RESPECTFULLY SUBMITTED this 19th day of February 2010.

BARBARA LAWALL
PIMA COUNTY ATTORNEY

By _____
Deputy County Attorney

Copy of the foregoing mailed this
19th day of February 2010

Wayne Mortensen
FARNSWORTH LAW OFFICES, INC.
1837 S. Mesa Dr., #A103
Mesa, AZ 85210
Attorney for Debtors

Dianne C. Kerns, Trustee
PMB 413
7320 N. La Cholla #154
Tucson, Arizona 85741-2305
Trustee

  

**Bill Staples**
Pima County Assessor
115 N Church Ave
Tucson AZ 85701-1199
www.asr.co.pima.az.us

**RESIDENTIAL NOTICE OF VALUE**
**2009**



THIS IS NOT A TAXBILL

STICKLEY MARTIN ALLEN & LINDA ANN REVOC TR
601 N LAZY J WAY
TUCSON AZ

85748-3835

**ATTENTION**
This is the reformatted Notice of Valuation that in prior years was a 4 X 6 postcard.
**PLEASE DO NOT DISREGARD**
**THIS IS AN OFFICIAL NOTICE OF VALUE**

**APPEAL INSTRUCTIONS:** If you believe that this property has been improperly valued or erroneously listed, you may petition the Assessor for review within 60 days of the NOTICE DATE. A "Residential Petition for Review of Value" ( form DOR 82130R) may be obtained from the Assessor's Office or downloaded from our website.

Petitions for review must be filed with the Assessor's Office by the APPEAL DEADLINE printed below.

**PARCEL ID:** 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   **TAX YEAR:** 2009   **NOTICE DATE**   **APPEAL DEADLINE**

| | | 2008 VALUATION | | | | 2009 VALUATION | | |
|---|---|---|---|---|---|---|---|---|
| | LEGAL CLASS | VALUE | ASMT RATIO | ASSESSED VALUE | LEGAL CLASS | VALUE | ASMT RATIO | ASSESSED VALUE |
| TOTAL FCV | 3 | 370,392 | 10.0 | 37,039 | 3 | 367,481 | 10.0 | 36,748 |
| LIMITED VALUE | 3 | 369,621 | 10.0 | 36,962 | 3 | 367,481 | 10.0 | 36,748 |

Description: HIGH FORTY (THE) LOT 8

Property located in **PIMA COUNTY COUNTY (10)**

Property Address: 601 N LAZY J WY

Use Code: **0141-SFR GRADE 010-4 URBAN SUBDIVIDED**   Area ID: **Ed 7- 050024-01-4**

**This property is classified as owner occupied residential (legal class 3). If this property is being used as a rental unit, the owner must notify the County Assessor of the rental use. Failure to do so may result in a civil penalty.**

Pursuant to AZ Revised Statutes (A.R.S.) 42-15103:
- •? If you own a parcel of property that is used for residential purposes, that parcel must be listed on the notice of value as legal class four. If your rental residential property is not listed you must register the property with the County Assessor pursuant to section 33-1902 or you may be subject to a penalty. Out-of-State owners are required to assign a statutory agent who resides in Arizona and will accept legal documentation on behalf of the owner.
- •? If you do not register the rental property with the County Assessor after you receive this notice, the city or town in which your property is located may impose a civil penalty payable to the city or town in the amount of one hundred fifty dollars per pay for each day of violation, and the city or town may impose enhanced inspection and enforcement measures on the property.
- •? Many Arizona cities and towns impose a municipal privilege tax on persons engaged in the business of leasing or renting residential real property. If the city or town in which your rental property is located taxes residential rentals, your failure to pay the tax could result in a penalty or fine by the city or town. See Model City Tax Code Section 445 and applicable model option pages to determine whether you are subject to the tax and must be licensed by the city or town in which your rental property is located. The website for the Model City Tax Code is www.modelcitytaxcode.org <http://www.modelcitytaxcode.org>
- •? Residential rental properties are also required to comply with the landlord tenant law pursuant to Title 33, Chapters 10 and 11.