Wayne Mortensen (#18519)
FARNSWORTH MORTENSEN LAW OFFICES
1837 S. Mesa Dr., Ste. A103
Mesa, AZ 85210
(480) 820-3600
Fax (480) 820-4800
fmcourt@gmail.com

Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br>MARTIN A STICKLEY<br>SS# \*\*\*-\*\*-8444<br><br>and<br><br>LINDA A STICKLEY<br>SS# \*\*\*-\*\*-1908<br>        Debtors. | In Proceedings Under<br><br>Case No. 10-00171 JMM<br><br>MOTION FOR FIVE MONTH<br>MORATORIUM ON CHAPTER<br>13 PLAN PAYMENTS |

  COME NOW the Debtors, MARTIN A STICKLEY and LINDA A STICKLEY, by and through their counsel undersigned, hereby move this Court for its Order granting Debtors Motion for Five Month Moratorium on Chapter 13 Plan Payments for the months of February through June 2010.

  Debtors are self employed and have had a temporary reduction in income. Debtors plan payment will be extended from 55 to 60 months to accommodate the moratorium. Debtors will resume their payments with the July 5th, 2010 payment.

  WHEREFORE, Debtors respectfully request that the Court enter an Order granting the Motion for Five Month Moratorium.

  DATED this  10th   day of   March , 2010.

        FARNSWORTH MORTENSEN LAW OFFICES

         \s\Wayne Mortensen (#18519)
        Wayne Mortensen
        Attorney for Debtors

Copy of the foregoing sent via email this __10th__ day of March, 2010 to:

Dianne Kerns, Trustee
mail@dcktrustee.com


 /s/    Diana Klabis

PDF Creator - PDF4Free v2.0                                      http://www.pdf4free.com